## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 cv 3397 | **DATE** | June 20, 2008 |
| **CASE TITLE** | In Re: UAL Corporation, 1: 08 cv 3397 | | |

**DOCKET ENTRY TEXT:**

This case is set for status on September 2, 2008 at 9:00 am.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|