**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | **Case No. 08-CV-3397** |
|  | ) | **Judge Darrah** |
| **UAL CORPORATION, et al.,** | ) |  |
|  | ) | **Appeal from Case No. 02-B-48191** |
| **Reorganized Debtors.** | ) | **Judge Wedoff** |
|  | ) |  |
|  | ) | **Hearing Date: August 19, 2008 at 9:00 am** |
|  | ) |  |

## AGREED MOTION TO SET BRIEFING SCHEDULE

This is a bankruptcy appeal arising from a motion filed by the Reorganized Debtors (collectively "United") to hold Iftikhar Nazir (a former employee and a claimant in United's bankruptcy) and his counsel, Phil Horowitz (collectively, "Nazir"), in civil contempt for prosecuting litigation in a California State Court. In a motion filed with the Bankruptcy Court, United contended that Nazir's actions violated the Bankruptcy Code, United's Plan of Reorganization, and the Order confirming United's Plan. Nazir disputed all of United's allegations. The Bankruptcy Court (Judge Eugene R. Wedoff) entered an opinion and order ultimately and finally resolving the issues raised by United on April 24, 2008. *In re UAL Corp.*, — B.R. —, 2008 WL 1883340 (Bankr. N.D. Ill. April 24, 2008).

Both parties appealed from Judge Wedoff's decision—United filed an initial appeal, and Nazir cross-appealed. Now that the appeal and cross-appeal have been docketed in this Court, the parties have agreed on a briefing schedule, and jointly ask that the Court enter the parties' agreed schedule. The parties' agreed schedule combines the briefing on United's appeal and Nazir's cross-appeal for purposes of efficiency and judicial economy. Specifically, the parties suggest that:

- United file its opening brief on appeal, not to exceed 20 pages, on or before July 18, 2008;

- Nazir file a combined opening brief on his cross-appeal and a response to United's opening brief, not to exceed 30 pages, on or before August 15, 2008;

- United file a combined reply in support of its appeal, and a response to Nazir's cross-appeal, not to exceed 20 pages, on or about September 5, 2008; and

- Nazir file a reply brief in support of his cross appeal, not to exceed 10 pages, on or before September 19, 2008.

The issues before the Court were briefed extensively below.  The Parties believe that these time deadlines and page limits are necessary and appropriate for a thorough discussion of the issues presented by United's appeal and Nazir's cross-appeal.  Accordingly, the Parties jointly and respectfully request that the Court enter the Order attached hereto.

2

Chicago, Illinois
Dated:  June 23, 2008

Respectfully submitted,

  /s/ Michael B. Slade
Marc Kieselstein, P.C. (ARDC No. 6199255)
David R. Seligman (ARDC No. 6238064)
Michael B. Slade (ARDC No. 6274231)
Erik W. Chalut (ARDC No. 6269251)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000 (telephone)
(312) 861-2200 (facsimile)

Counsel for the Reorganized Debtors

  /s/  Mark F. Hebbeln
Mark F. Hebbeln (ARDC No. 6272385)
FOLEY & LARDNER LLP
321 North Clark, Suite 2800
Chicago, Illinois  60610
(312) 832-4500 (tel)
(312) 832-4700 (fax)

Counsel for Iftikhar Nazir and Phil Horowitz

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| **In re:** | ) | **Case No. 08-CV-3397** |
| | ) | |
| **UAL CORPORATION, et al.,** | ) | **Judge Darrah** |
| | ) | |
| **Reorganized Debtors.** | ) | **Appeal from Case No. 02-B-48191** |
| | ) | |
| | ) | **Judge Wedoff** |
| | ) | |

**AGREED ORDER SETTING BRIEFING SCHEDULE**

Upon the Parties' Agreed Motion to Set Briefing Schedule, the Court GRANTS the motion and ORDERS that:

1.  United shall file its opening brief on appeal, not to exceed 20 pages, on or before July 18, 2008;

2.  Nazir shall file a combined opening brief on his cross-appeal and a response to United's opening brief on appeal, not to exceed 30 pages, on or before August 15, 2008;

3.  United shall file a combined reply in support of its appeal, and a response to Nazir's cross-appeal, not to exceed 20 pages, on or before September 5, 2008;

4.  Nazir shall file a reply brief in support of his cross appeal, not to exceed 10 pages, on or before September 19, 2008.

Dated: June __, 2008                    _____

United States District Judge

4