IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 08-CV-3397 |
| | ) | Judge Darrah |
| UAL CORPORATION, et al., | ) | |
| | ) | Appeal from Case No. 02-B-48191 |
| Reorganized Debtors. | ) | Judge Wedoff |
| | ) | |
| | ) | Hearing Date: August 19, 2008 at 9:00 am |

## NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on the 19th day of August, 2008, the Debtors shall appear before the Honorable Bankruptcy Judge John W. Darrah in the room usually occupied by him at the United States District Court for the Northern District of Illinois, Eastern Division at 219 S. Dearborn St., Chicago, Illinois 60604, and present the attached **Agreed Motion To Set Briefing Schedule** copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that you may obtain further information concerning these Chapter 11 cases:

- At the United States Bankruptcy Court, Northern District of Illinois at either wwww.ilnb.uscourts.gov (home page); or

- At the Debtors' private website at www.pd-ual.com.


Chicago, Illinois
Dated:  June 23, 2008

Respectfully submitted,

  __/s/ Michael B. Slade_____
Marc Kieselstein, P.C. (ARDC No. 6199255)
David R. Seligman (ARDC No. 6238064)
Michael B. Slade (ARDC No. 6274231)
Erik W. Chalut (ARDC No. 6269251)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000 (telephone)
(312) 861-2200 (facsimile)

Counsel for the Reorganized Debtors

## CERTIFICATE OF SERVICE

  I, Michael B. Slade an attorney, certify that on the 23rd day of June 2008, I caused to be served, by e-mail (to parties who have provided an e-mail address), facsimile (to parties who have not provided an e-mail address), by overnight delivery (to all parties in the Core Group who have not provided an e-mail address or a facsimile number) a true and correct copy of the foregoing **Agreed Motion To Set Briefing Schedule,** on the parties in the attached service list.

Dated: June 23, 2008

                   / s /  Michael B. Slade
                   Michael B. Slade

# Affected Parties Service List

Mark F. Hebbeln
FOLEY & LARDNER LLP
321 North Clark, Suite 2800
Chicago, Illinois  60610
(312) 832-4500 (tel)
(312) 832-4700 (fax)