# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08cv3397 | **DATE** | August 14, 2008 |
| **CASE TITLE** | In re UAL Corp. | | |

**DOCKET ENTRY TEXT:**

The parties' Agreed Motion to Set Briefing Schedule [6] is granted. The briefing schedule set forth in the motion is adopted.

The status hearing set for September 2, 2008 [5] is vacated and re-set for October 29, 2008 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | nm |
|---|---|---|